# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

AU Electronics Inc, Adnan Vadria, and Umair Yasir,

Plaintiff(s),

v.

Harleysville Group, Inc and Harleyville Lake States Insurance Company,

Defendant(s).

Case No. 13 C 5947
Judge Gary Feinerman

## **JUDGMENT IN A CIVIL CASE**

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) .
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)
.
Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment is entered in favor of Defendants/Counter-Plaintiffs Harleysville Group, Inc. and Harleysville Lake States Insurance Company and against Plaintiffs/Counter-Defendants AU Electronics, Inc., Adnan Vadria, and Umair Yasin.

---

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☒ tried by Judge Gary Feinerman without a jury and the above decision was reached.
☐ decided by Judge        on a motion

Date: 3/10/2015

Thomas G. Bruton, Clerk of Court

/s/ Lakisha C. Williams , Deputy Clerk