UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AU ELECTRONICS, INC., ADNAN VADRIA and UMAIR YASIN,<br><br>    Plaintiffs,<br><br>vs.<br><br>HARLEYSVILLE GROUP, INC., and HARLEYSVILLE LAKE STATES INSURANCE CO.,<br><br>    Defendants, | Civ. Action No. 13 cv 5947<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Geraldine Soat Brown |

**PLAINTIFFS' JOINT NOTICE OF APPEAL**

NOW COME plaintiffs AU ELECTRONICS, INC. ("AU"), ADNAN VADRIA ("Vadria") and UMAIR YASIN ("Yasin", and together with AU, and Vadria, "Plaintiffs" or the "AU Parties"), by and through their undersigned counsel, and pursuant to Rule 3 of the Federal Rules of Appellate Procedure, hereby file their JOINT NOTICE OF APPEAL as follows:

I.    **PARTIES TAKING APPEAL**

All Plaintiffs, jointly.

II.    **JUDGMENT(S) AND ORDER(S) APPEALED**

A. Memorandum Opinion and Order dated March 10, 2015 [Dkt. No. 174, Transcript at Dkt. No. 139], granting summary judgment against Plaintiffs and in favor of defendants HARLEYSVILLE GROUP, INC. and HARLEYSVILLE LAKE STATES INSURANCE CO. (together, "Harleysville" or "Defendants"), and denying Plaintiffs' Motion for Leave to File Amended Complaint [Dkt. No. 55].

B. Minute Entry Order dated July 18, 2014 [Dkt. No. 125] granting in part and denying in part Plaintiffs' Objections to Magistrate Judge Geraldine Soat Brown's orders

[Dkt. No. 69, 85, 86] denying Plaintiffs' Motion to Compel [Dkt. No. 53].

### III. NAME OF COURT TO WHICH THE APPEAL IS TAKEN

This Appeal is taken to the United States Circuit Court of Appeals for the Seventh Circuit.

| | |
|---|---|
| Shorge Sato (#6278382)<br>BROWN, UDELL, POMERANTZ &<br>DELRAHIM, LTD.<br>1332 N. Halsted St. Suite 100<br>Ph: (312) 475-9900<br>Fax: (312) 475-1188<br>ssato@bupdlaw.com | Respectfully submitted,<br><br>ADNAN VADRIA & UMAIR YASIN<br>AU ELECTRONICS, INC.<br><br>\s\ Shorge K. Sato<br>One of their Attorneys |